# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 13, 2026

Lyle W. Cayce
Clerk

No. 25-20200

_____

Northside Pharmacy, L.L.C., *A Texas limited liability company*,

*Plaintiff—Appellant*,

*versus*

Drug Enforcement Administration, A Federal administrative agency; Derek Maltz, *Acting Director of the Drug Enforcement Administration*,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:24-CV-3951

_____

Before Richman, Duncan, and Oldham, *Circuit Judges*.

Per Curiam:[*]

Plaintiff Northside Pharmacy appeals the dismissal of its claim for declaratory and injunctive relief in connection with the Drug Enforcement Administration's suspension of Northside's Certification of Registration.

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-20200

Having reviewed the record, the district court order, and the parties' briefing, we find no error. AFFIRMED.